In the Matter of the Application of HOME TITLE INSURANCE COMPANY against BRITTEN BUILDING CORPORATION, Respondent. SAMUEL GOLDSTEIN, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to punish appellant for contempt denied, with ten dollars costs. In a proceeding brought on the petition of Home Title Insurance Company, under section 333 of the Real Property Law, to cancel and discharge a mortgage of record, to which appellant, an attorney, was not a party, the court has no power to punish appellant for contempt under section 753 of the Judiciary Law " unless there be some order issued which must be clear and explicit in its terms of direction."

(*Matter of People ex rel. Donnelly* v. *Miller*, 213 App. Div. 88.)  Kapper, Hagarty, Seeger, Carswell and Scudder, JJ., concur.